No. 94–179. CENTRA, INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 94–5855. JOLLY v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 94–535. ZISK ET AL. v. PLACER COUNTY SUPERIOR COURT (WALKER, REAL PARTY IN INTEREST). Ct. App. Cal., 3d App. Dist. Motion of petitioners to supplement petition for writ of certiorari denied. Certiorari denied.

No. 94–5977. AZUBUKO v. COMMISSIONER OF PARKING, CITY OF BOSTON, ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

*Assignment Order*

An order of THE CHIEF JUSTICE designating Justice White (retired) to perform judicial duties in the United States Court of Appeals for the Fifth Circuit during the period October 31 through November 3, 1994, and for such time as may be required to complete unfinished business, pursuant to 28 U. S. C. § 294(a), is ordered entered on the minutes of this Court, pursuant to 28 U. S. C. § 295.

NOVEMBER 7, 1994

No. 93–1004. UNITED STATES v. FOSTER. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Shabani, ante,* p. 10.